In the Matter of the RECTOR, CHURCHWARDENS AND VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK, Respondents, against CHARLES W. BERRY, as Comptroller of the City of New York, et al., Appellants.

*New York city — rapid transit — mandamus to compel payment for easements under land required for subway purposes granted.*

*Matter of Rector, etc., Trinity Church v. Berry,* 223 App. Div. 742, affirmed.

(Argued April 30, 1928; decided May 11, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 30, 1928, which affirmed an order of Special Term granting a motion for a peremptory order of mandamus directing defendants to issue and deliver to the petitioners a warrant for the agreed price of easements under

certain of its property in the city of New York required for subway purposes by the Board of Transportation.

*George P. Nicholson, Corporation Counsel (J. Joseph Lilly, Henry J. Shields* and *Josiah A. Stover* of counsel), for appellants.

*Origen S. Seymour* and *Chase Mellen* for respondents.

*William G. Fullen, John F. X. McGohey* and *George E. Coughlin* for Board of Transportation, *amicus curiœ.*

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.